# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:06-cr-00382-JTC-LTW
## USA v. Wheat et al
## Honorable Linda T. Walker

Minute Sheet for proceedings held In Open Court on 05/22/2007.

| | |
|---|---|
| TIME COURT COMMENCED: 10:05 A.M. | COURT REPORTER: Nicholas Marrone |
| TIME COURT CONCLUDED: 12:40 P.M. | TAPE NUMBER: LTW 07-16 @ 3016 |
| TIME IN COURT: 2:35 | DEPUTY CLERK: Sonya Lee-Coggins |

| | |
|---|---|
| DEFENDANT(S): | [8]Brad Watkins NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | Randy Chartash representing USA<br>John Phillips representing USA |
| PROCEEDING CATEGORY: | Pretrial Conference HELD; |
| MOTIONS RULED ON: | DFT#8-[212]Motion for (404b) Information; This motion is DEEMED MOOT. Clerk ordered to terminate.<br>DFT#8-[213]Motion for Bill of Particulars; This motion is DEEMED MOOT. Clerk ordered to terminate.<br>DFT#8-[214]Motion for Production of Brady Materials; This motion is DEEMED MOOT. Clerk ordered to terminate.<br>DFT#8-[216]Motion to Strike; This motion is DEEMED MOOT. Clerk ordered to terminate.<br>DFT#8-[217]Motion for Discovery; This motion is DEEMED MOOT. Clerk ordered to terminate.<br>DFT#8-[260]Motion to Dismiss; This motion is DEEMED MOOT. Clerk ordered to terminate.<br>DFT#8-[261]Motion for Disclosure; This motion is DEEMED MOOT. Clerk ordered to terminate.<br>DFT#8-[284]Motion to Dismiss Indictment; This motion is DEEMED MOOT. Clerk ordered to terminate.<br>DFT#8-[292]Motion to Sever Defendant; This motion is DEEMED MOOT. Clerk ordered to terminate.<br>DFT#8-[325]Motion for Miscellaneous Relief; This motion is DEEMED MOOT. Clerk ordered to terminate.<br>DFT#8-[405]Motion to Modify Conditions of Release; This motion is DEEMED MOOT. Clerk ordered to terminate.<br>DFT#8-[412]Motion for Reconsideration; This motion is DEEMED MOOT. Clerk ordered to terminate. |

Case 1:06-cr-00382-CC-LTW   Document 423   Filed 05/22/07   Page 2 of 2

MINUTE TEXT:   Counsel for defendant advised the court that he would not be present at this hearing, that Defendant Brad Watkins has entered a guilty plea, and that Judge Walker is free to issue whatever order is appropriate under the circumstances.